# United States Bankruptcy Court
## Northern District of Alabama

In re **Jeffrey Michael Rusert** _____  Case No. _____

_____ Debtor(s)  Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,000.00** | **2015 YTD: Debtor Employment Income** |
| **$40,000.00** | **2014: Debtor Employment Income (approximate)** |
| **$60,000.00** | **2013: Debtor Employment Income** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

---

## 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Sphere Technologies** | **December 2014 and January 2015** | **$5,776.00** | **$277,000.00** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jenkins Brick Company v. Rusert Homes, LLC, et al; Case No.: CV-13-903647** | **Complaint** | **Jefferson County Circuit Court** | **Consent Judgment** |
| **Baker Distributing Company v. Rusert Homes, LLC, et al; Case No.: 01-CV-2013-900772** | **Complaint** | **Circuit Court of Jefferson County, Alabama** | **Summary Judgment entered** |
| **Bonham Plumbing v. Rusert Homes, LLC, et al; Case No.: CV-13-902378** | | **Circuit Court of Jefferson County, Alabama** | **Trial set for September 22, 2014** |
| **Cary Insulation Company, Inc. v. Rusert Homes, LLC, et al; Case No.: 58-CV-13-900883** | **Complaint** | **Shelby County Circuit Court** | **Dismissed** |
| **Cary Insulation Company, Inc. v. Rusert Homes, LLC, et al; Case No.: 58-DV-13-900690** | **Complaint** | **Shelby County District Court** | **Dismissed** |

  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cary Insulation Company, Inc. v. Rusert Homes, LLC and Jeffrey Russert; 64-SM-13-900303 | Complaint | Small Claims Court of Walker County, Alabama | Default Judgment Entered |
| Cary Insulation Company, Inc. v. Rusert Homes, et al; Case No. 64-SM-13-900302 | Complaint | Small Claims Court of Walker County, Alabama | Default Judgment entered. |
| Chao Chen and Li Li v. Rusert Homes, LLC and Jeffrey Rusert, et al; Case No.: 01-CV-13-902923 | Complaint | Circuit Court of Jefferson County, Alabama | Dismissed |
| Harbison Construction, Inc. v. Rusert Custom Homes, LLC, et al; Case No.: CV-13-900217 | | Circuit Court of Jefferson County, Alabama | Trial set for April 28, 2014 |
| Inline Electrical Supply v. Rusert Custom Homes, LLC; Case No.: CV-13-902634 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| Inline Electric Supply Company v. Rusert Custom Homes, LLC, et al; Case No.: CV-13-900935 | Complaint | Circuit Court of Shelby County, Alabama | Pending |
| Innovative Surfaces, Inc. v. Rusert Custom Homes, LLC, et al; Case No.: CV-13-903661 | Complaint | Circuit Court of Jefferson County, Alabama | Summary Judgment |
| William D. Jenkins v. Rusert Custom Homes, LLC, et al; Case No.: CV-13-900886 | | Circuit Court of Shelby County, Alabama | Pending |
| Lake Martin Dock, Inc. v. Rusert Custom Homes, LLC, et al; Case No.: CV-13-900366 | Complaint | Circuit Court of Elmore County, Alabama | Dismissed |
| Marjam Supply of Alabama, LLC v. Jeff Rusert, et al; CV-13-903278 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| M&R Group, LLC v. Jeff Rusert and Rusert Homes; Case No. CV-12-000850 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| Painting Solutions, LLC v. Rusert Homes, LLC, et al; Case No.: CV-13-913155 | Complaint | Circuit Court of Jefferson County, Alabama | Summary Judgment |
| Precision Guttering, LLC v. Rusert Homes, LLC, et al; Case No.: CV-13-902987 | Complaint | Circuit Court of Jefferson County, Alabama | Summary Judgment |
| Webb Concrete and Building Materials, Inc. v. Rusert Homes, et al; Case No.: CV-13-902897 | Complaint | Circuit Court of Jefferson County, Alabama | Summary Judgment |
| Probuild Company, LLC v. Rusert Homes, LLC; Case No.: CV-13-900622 | Complaint | Circuit Court of Shelby County, Alabama | Pending |
| Probuild Company, LLC v. Rusert Homes, LLC; Case No.: CV-13-900237 | Complaint | Circuit Court of Limestone County, Alabama | Pending |
| Probuild Company, LLC v. Rusert Homes, LLC, et al; CV-13-900235 | Complaint | Circuit Court of Walker County, Alabama | Pending |
| Probuild Company, LLC v. Rusert Homes, LLC, et al; Case No.: CV-13-900310 | Complaint | Circuit Court of Morgan County, Alabama | Pending |
| Ready Mix USA, LLC v. Rusert Homes, LLC, et al; Case No.: CV-13-900101 | Complaint | Circuit Court of Winston County, Alabama | Pending |
| Amy Smith and Mark Smith v. Rusert Homes, LLC, et al; Case No.: CV-13-903220 | | Circuit Court of Jefferson County, Alabama | Trial Setting September 29, 2014 |
| Allsouth Appliance Group, Inc. v. Rusert Homes, LLC, et al; Case No.: 01-CV-13-901707 | Complaint | Circuit Court of Jefferson County, Alabama | Default Judgment |
| Sphere Home Technologies v. Rusert Homes, LLC, et al; Case No.: CV-13-902919 | Complaint | Circuit Court of Jefferson County, Alabama | Default Judgment |
| Southern Overhead Door, Inc., et al v. Rusert Homes, LLC, et al; Case No.: CV-13-904165 | | Circuit Court of Jefferson County, Alabama | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Central Alabama Storm Shelter v. Rusert Homes, LLC, et al; Case No.: DV-13-905712 | | District Court of Jefferson County, Alabama | Pending |
| JT Construction v. Rusert Homes, LLC; Case No.: CV-14-900170 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| Timothy M. Nelson v. Rusert Homes; Case No.: CV-14-900083 | | Circuit Court of Morgan County, Alabama | Pending |
| Chao Chen & Li Li v. Rusert Homes, et al; Case No.: 01-CV-14-900195 | Complaint | Jefferson County Circuit Court | Pending |
| Boral Bricks v. Rusert Homes, LLC, et al; Case No.: 01-CV-13-905078 | Complaint | Jefferson County Circuit Court | Default Judgment |
| Hollywood Maintenance & Services, Inc. v. Rusert Homes, LLC; Case No.: CV-13-904612 | | Jefferson County Circuit Court | Pending |
| Paychex, Inc. v. Rusert Homes, et al; Case No.: CV-14-901563 | | Jefferson County Circuit Court | Pending |
| Servis First Bank v. Rusert Homes, LLC, et al; Case No.: CV-14-901501 | Complaint | Circuit Court of Jefferson County, Alabama | Default Judgment |
| Probuild v. Rusert Homes, LLC, et al; Case No.: 902193 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| Joseph Meade v. Rusert Homes, LLC, et al; Case No.: 13-900195 | | Circuit Court of Jefferson County, Alabama - Bessemer Division | Pending |
| Robert Estock v. Rusert Homes, LLC, et al; Case No.: CV-12-900291 | Complaint | Circuit Court of Walker County, Alabama | Pending |
| Don's Carpet One v. Rusert Homes, LLC; Case No.: 64-CV-13-900446 | Complaint | Circuit Court of Walker County, Alabama | Pending |
| Don's Carpet One v. Rusert Homes, LLC, et al; Case No.: 52-CV-13-900644 | Complaint | Circuit Court of Morgan County, Alabama | Pending |
| Don's Carpet One v. Rusert Homes, LLC, et al; Case No.: 58-CV-13-901265 | Complaint | Circuit Court of Shelby County, Alabama | Default Judgment |
| Don's Carpet v. Rusert Homes, LLC, et al; Case No.: 01-CV-13-904364 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| Regions Bank v. Nina N. Rusert and Jeffrey M. Rusert; Case No.: 01-CV-2014-904187 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| Ford Motor Credit Company, LLC v. Jeffrey M. Rusert; Case No.: 01-CV-2014-903495 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| Alabama Telco Credit Union v. Jeffrey M. Rusert; Case No.: 01-CV-2014-903950 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |
| Don's Carpet One v. Rusert Homes, LLC, et al; Case No.: 44-CV-13-900437 | Complaint | Circuit Court of Limestone County, Alabama | Default Judgment |
| The Ridge Phase III, Inc. v. Jeff Rusert; Case No.: 70-cv-2014-900093 | Complaint | Circuit Court of Tallapoosa County | Pending |
| The Mantel Shoppe, LLC v. Jeff Rusert; Case No.: 01-SM-2014-901629 | Complaint | Small Claims Court of Jefferson County, Alabama | Default Judgment |
| Sherman Industries, LLC v. Rusert Homes, LLC; Case No.: 64-CV-2013-900452 | Complaint | Circuit Court of Walker County | Pending |
| Gale Insulation & Specialties, Inc. v. Build America Homes, LLC, et al; Case No.: 68-CV-2003-000186 | Complaint | Jefferson County Circuit Court, Bessemer Division | Summary Judgment |
| Highpoint Office Center, LLC v. Built By U Homes, Inc., et al; Case No.: 01-CV-2014-903375 | Complaint | Circuit Court of Jefferson County, Alabama | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Iberia Bank v. Jeffrey Michael Rusert, et al; Case No.: 01-CV-2014-902875** | Complaint | **Circuit Court of Jefferson County** | **Pending** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sphere Technologies** | **January 2013** | **$400.00** |

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Servis First Bank c/o Jim Henderson, Esq. 505 20th Street N. Birmingham, AL 35203** | **Summer/Fall 2013** | **Seventy-Five houses and lots which were fully completed. Approximately $14M** |
| **Harley Davidson** | **January 2015** | **2011 Harley Davidson Street Glider** |
| **Lender/Creditor** | **2013** | **Boat** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **C. Taylor Crockett, P.C.**<br>**2067 Columbiana Rd.**<br>**Birmingham, AL 35216** | **Third quarter 2014** | **$3,000.00** |
| **Spain & Gillon, LLC**<br>**2117 Second Avenue North**<br>**Birmingham, AL 35203** | **January, 2015** | **$1500.00 plus $335.00 filing fee.** |

---

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE. RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Servis First Bank**<br>**Birmingham, AL** | **Checking**<br>**$0.00** | **2013** |
| **First Partners**<br>**Birmingham, AL 35201** | **Checking**<br>**$0.00** | **2013** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **4337 Kings Mountain Ridge, Vestavia, AL 35242** | **Jeffrey Rusert** | **2008-2012** |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Built By U Homes, Inc.** | | 3755 Colchester Rd. Birmingham, AL 35242 | **Construction** | **Start: 2004 End: 2010** |
| **Innovative Craftsman, LLC** | | 3755 Colchester Rd. Birmingham, AL 35242 | | **Start: 2010 End: ongoing** |
| **Rusert Homes, LLC** | 20-8216505 | 4120 Sicard Hollow Rd. Birmingham, AL 35242 | **Real Estate** | **Start: 2009 End: 2014** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Build South Homes, LLC** | | **3755 Colchester Rd. Birmingham, AL 35242** | **Construction (shell)** | **Start: 2007 End: ongoing** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation: a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jeff Rusert** **Birmingham, AL 35242** | **10 Years** |
| **Truitt, Tingle & Paramore** **Birmingham, AL 35243** | |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Servis First Bank** | **Birmingham, AL 35201** | **Early 2013 or late 2012** |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Jeff Rusert** | **3755 Colchester Rd. Birmingham, AL 35242** |

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of this case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __2-4-15__                          Signature _____

                                         Jeffrey Michael Rusert
                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Alabama

In re   <u>Jeffrey Michael Rusert</u>

Case No. _____

Chapter   <u>7</u>

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Credit** | **Describe Property Securing Debt:**<br>**2013 Ford F-350** |

Property will be (check one):
- ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Select Portfolio Servicing, Inc.** | **Describe Property Securing Debt:**<br>**153 Windy Point, Alexander City, AL 35010** |

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Wood Mizer Products, Inc.** | **Describe Property Securing Debt:**<br>**Wood mill.** |

Property will be (check one):
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date _____2-4-15_____

Signature

**Jeffrey Michael Rusert**
Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single document filed for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

### <u>Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)</u>

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### <u>Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)</u>

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Case 15-00412-TBB7    Doc 1-1    Filed 02/04/15    Entered 02/04/15 14:20:33    Desc
Exhibit 2    Page 14 of 31

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Jeffrey Michael Rusert** _____

                                  Debtor(s)

Case No. _____

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

    I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jeffrey Michael Rusert** _____

Printed Name(s) of Debtor(s)

X _____

Signature of Debtor                  Date

Date: 2-4-15

Case No. (if known) _____

X _____

Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re    **Jeffrey Michael Rusert** _____

                                 Debtor(s)

Case No. _____

Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: _____ **2-4-15** _____

_____

**Jeffrey Michael Rusert**
Signature of Debtor

Ford Motor Credit
P.O. Box 6508
Mesa, AZ 85216

Advantage Waste
PO Box 187
Warrior, AL 35180

Almon Associates
PO Drawer 2729
Tuscaloosa, AL 35403

Select Portfolio Servicing, Inc.
Attn: Bankruptcy Dept
P.O. Box 65250
Salt Lake City, UT 84165

Alabama Department of Labor
c/o Joseph Ammons, Esq,.
649 Monroe St., Ste 1801
Montgomery, AL 36131

American Express
PO Box 981537
El Paso, TX 79998

Wood Mizer Products, Inc.
8180 West 10th Street
Indianapolis, IN 46214

Alabama Gas Co.
20th Stree South
Birmingham, AL 35295

American Express
PO Box 981537
El Paso, TX 79998

Alabama Department of Revenue
P.O. Box 327464
Montgomery, AL 36132-7464

Alabama Gas Co.
20 20th Street South
Birmingham, AL 35233

American Express
PO Box 981537
El Paso, TX 79998

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Alabama Home Builder Licensure Board
Attn: Kathy Brasfield
445 Herron St.
Montgomery, AL 36104

American Express
PO Box 981537
El Paso, TX 79998

1 Natural Cleaning
801 Frontier Dr.
Pelham, AL 35124

Alabama Media Group
1731 1st Ave. N.
Birmingham, AL 35203

American Express
PO Box 981540
El Paso, TX 79998

ABC Supply Company
57 Depot USA Dr.
Oxford, AL 36203

Alabama Power Co.
2 Industrial Park Dr.
Pelham, AL 35124

American Express
PO Box 981537
El Paso, TX 79998

ADT Security Services
14200 East Exposition Ave.
Aurora, CO 80012

Alabama Telco Credit Union
P.O. Box 360287
Birmingham, AL 35236

American Express Gold/Blue
PO Box 981540
El Paso, TX 79998-1540

Advantage Electric
Attn: Wally Helfinstine
8400 Franklin St.
Thorsby, AL 35171

Allsouth Appliance Group Inc.
4 West Oxmoor Rd.
Birmingham, AL 35209

Ameritek
6205 AL Hwy. 69
AL 36976

Amy and Mark Smith
c/o Benton & Centeno
2019 3rd Ave. N.
Birmingham, AL 35203

Bonham Plumbing, Inc.
c/o Jeremy Patrick Summers, Esq.
1275 Center Point Pkwy., Ste 100
Birmingham, AL 35215

Central Alabama Storm Shelter
1901 6th Ave. N., Ste 1500
Birmingham, AL 35203

Archer Septic Services
30 Wild Wind Dr.
Jacksons Gap, AL 36861

Boral Bricks, Inc.
1630 Arthern Rd.
Augusta, GA 30903-1957

Chao Chen and Li Li
c/o Greer Mallette, Esq.
505 20th Street N., Ste 1800
Birmingham, AL 35203

Athens Utilities
PO Box 1089
Athens, AL 35612

Bryan's Tile & Stone
10468 Co. Rd. 73
Montevallo, AL 35115

Chase
PO Box 15298
Wilmington, DE 19850

Baker Distributing Company
c/o Chip Schwartz, Esq.
PO Box 11366
Birmingham, AL 35202

Built By U Homes, Inc.
3755 Colchester Rd.
Birmingham, AL 35242

Concrete Poured Walls, Inc.
5153 Hwy. 51
Wilsonville, AL 35186

Bank of America
475 Crosspoint Pkwy.
PO Box 9000
Getzville, NY 14068

Built By U Homes, Inc.
3755 Colchester Rd.
Birmingham, AL 35242

Contractors Choice Roll Off Servic
PO Box 429
Athens, AL 35612

Bank of America
475 Crosspoint Pkwy.
Getzville, NY 14068

Built By U Homes, Inc.
3755 Colchester Rd.
Birmingham, AL 35242

Create a Scape
PO Box 381416
Birmingham, AL 35238

Bessemer Utilities
1600 1st Ave. N.
Bessemer, AL 35021

Camp's Painting
447 Ken Dr.
Jasper, AL 35503

Cumulus Radio
1717 Hwy. 72 East
Athens, AL 35611

Birmingham News
1731 1st Avenue N.
Birmingham, AL 35203

Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT 84130

Don's Carpet One Floor & Home
1465 Gadsden Hwy.
Birmingham, AL 35235

Birmingham Water Works
PO Box 830269
Birmingham, AL 35283-0269

Cary Insulation Company, Inc.
4501 1st Ave N.
Birmingham, AL 35222

Esparza Siding
112 Deer Run Dr.
Alabaster, AL 35007

Farmers Insurance
PO Box 1527
Aurora, IL 60507

Highpoint Office Center, LLC
5104 SO. West Shore Blvd.
Tampa, FL 33611

Jasper Waterworks & Sewer Board
PO Box 1348
Jasper, AL 35502

FIA Card Services
PO Box 982235
El Paso, TX 79998

Hollywood Maintenance & Service, Inc.
c/o Comer & Upshaw
2107 2nd Avenue N.
Birmingham, AL 35203

Jenkins Brick Company
10200 Highway 80E
Montgomery, AL 36117

FMC - Omaha Service Center
PO Box 542000
Omaha, NE 68154

Hollywood Pools
1441 Montgomery Hwy.
Birmingham, AL 35216

Joe Wheeler EMC
Dept 1340, PO Box 2153
Birmingham, AL 35287-1340

Gale Insulation & Specialities, Inc.
c/o William E. Swatek, Esq.
230 Bearden Rd.
Pelham, AL 35124

Hyche, LLC
PO Box 126
Addison, AL 35540

John Deere Financial
PO Box 650215
Dallas, TX 75265-0215

H&H Limestone, Inc.
PO Box 27
Decatur, AL 35602

Iberia Bank
PO Box 12440
New Iberia, LA 70562

Joseph H. Meade
4341 Vestview Ln.
Birmingham, AL 35242

Harbison Construction, Inc.
PO Box 1448
Pinson, AL 35126

Iberia Bank
c/o Burt Newsome, Esq.
PO Box 382753
Birmingham, AL 35238

JT Construction
c/o Hayes, Jackson & McKinney
1929 3rd Ave. N., Ste 200
Birmingham, AL 35203

Hardware Resources
4319 Marlena Street
Bossier City, LA 71111

Inline Electrical Supply Co., Inc.
c/o Morris & Brumlow
137 Main St., Ste 202
Trussville, AL 35173

Kountry Karpets
PO Box 275
Sumiton, AL 35148

Harley Davidson Credit Corp.
P.O. Box 22048
Carson City, NV 89721

Innovative Surfaces, Inc.
c/o Robert B. Huie, Esq.
P.O. Box 660199
Birmingham, AL 35266

Lake Martin Dock, Inc.
180 Birmingham Rd.
Eclectic, AL 36024

HGH Hardware Supply
PO Box 1625
Birmingham, AL 35201-1625

J&J Window Sales
PO Box 724
Bessemer, AL 35021

Larry E. Speaks & Associates, Inc
535 Herron St.
Montgomery, AL 36104

Leeds Water Works Board
PO Box 100
Leeds, AL 35094

Premier Surfaces, Inc.
1350 McCain Pkwy.
Pelham, AL 35124

Robert Estock
4943 Tutwiler Rd.
Oakman, AL 35579

Lehigh Hanson
15620 Collections Center Dr.
Chicago, IL 60693

Prestige Alarm
PO Box 9
Pleasant Grove, AL 35127

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

M&R Group, LLC
400 Vestavia Pkwy., Ste 130
Birmingham, AL 35216

Probuild Company, LLC
3160 Lee St.
Pelham, AL 35124

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Marjam Supply of Alabama, LLC
PO Box 1269
Pelham, AL 35124

Ray Moore Excavation
PO Box 624
Trussville, AL 35173

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

NE Morgan County Water & Sewer
PO Box 57
Somerville, AL 35670

Ready Mix USA, LLC
c/o Morris & Brumlow
137 Main St., Ste 202
Trussville, AL 35173

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

P&L Painting & Drywall, LLC
248 Forest Pkwy.
Alabaster, AL 35007

Regions Bank
PO Box 10063
Birmingham, AL 35202

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Painting Solutions, LLC
305 Hwy, 32
Columbiana, AL 35051

Regions Bank
PO Box 20063
Birmingham, AL 35202

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Paychex, Inc.
201 Beacon Pkwy. W.
Birmingham, AL 35209

Remodelers Outlet, Inc.
803 South Noble St.
Anniston, AL 36201

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Precision Guttering, LLC
1252 Frances St.
Leeds, AL 35094

RGP Heating & Cooling
PO Box 2295
Powder Springs, GA 30127

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

| | | |
|---|---|---|
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>.Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |
| Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 | Rusert Homes, LLC<br>4120 Sicard Hollow Rd.<br>Birmingham, AL 35242 |

Rusert Homes, LLC
4120 Sicard Hollow Rd.
Birmingham, AL 35242

The Home Depot
PO Box 9055
Des Moines, IA 50368

Wellborn Cabinet, Inc.
PO Box 1210
Ashland, AL 36251

Servis First Bank
840 Shades Creek Pkwy., Ste 200
Birmingham, AL 35209

The Mantel Shoppe
65 Angus Street
Trussville, AL 35173

Wells Fargo Card Services
PO Box 30086
Los Angeles, CA 90030

Sheffield Financial, LLC
6010 Golding Center Dr.
Winston Salem, NC 27103

The Ridge Phase III, Inc.
c/o William L. Radney, III, Esq.
PO Box 877
Alexander City, AL 35011

Wheeler Basin Natual Gas
Dept. 1340, PO box 2153
Birmingham, AL 35287-1340

Sherman Industries, LLC
c/o Dexter L. McFarlin, Esq.
3179 Green Valley Rd., Ste 201
Birmingham, AL 35243

Timothy M. Nelson
c/o McFarlin Law Offices
3171 Greenvalley Rd. 201
Birmingham, AL 35243

William D. Jenkins
c/o Howard Yielding Downey
3800 Colonnade Pkwy., Ste 340
Birmingham, AL 35243

Southcity Bank
1360 Montgomery Hwy.
Birmingham, AL 35216

Truitt, Tingle & Paramore
PO Box 360627
Birmingham, AL 35236

Wonbon Gas Company
PO Box 67
Westover, AL 35185

Southern Overhead Door Company
2600 Crestwood Blvd.
PO Box 100906
Birmingham, AL 35210

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448

ADT Security
c/o Transworld Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044

Sphere Home Technologies
15111 Chewalla Rd.
Northport, AL 35475

Vulcan Disposal
PO Box 76
Adamsville, AL 35005

ADT Security Services
c/o Transworld Systems, Inc.
PO Box 15740
Wilmington, DE 19850

Surveying Solutions, Inc.
PO Box 380065
Birmingham, AL 35238

Wayne's Environmental Services
2183 Parkway Lake Dr.
Birmingham, AL 35244

Alabama Home Builders LicensureE
PO Box 303605
Montgomery, AL 36130

The Best Painting
5813 Walnut Grove Rd.
Birmingham, AL 35215

Webb Concrete and Building Materials
204 Industrial Park Dr.
Pell City, AL 35125

Allsouth Appliance
c/o Fawal & Spina
1330 21st Way S., Ste 200
Birmingham, AL 35205

Baker Distributing Company
PO Box 409635
Atlanta, GA 30384-9635

Don's Carpet One Floor & Home
3179 Green Valley Rd., Ste 201
Birmingham, AL 35242

Jenkins Brick Company
c/o Zack Azar, Esq.
4276 Lomac Street
Montgomery, AL 36106

Bonham Plumbing, Inc.
3654 Vann Rd.
Birmingham, AL 35235

Don's Carpet One Foor & Home
c/o Dexter McFarlin, Esq.
PO Box 94308
Birmingham, AL 35220

Jenkins Brick Company
c/o Najjar Denaburg, P.C.
2125 Morris Ave.
Birmingham, AL 35203

Boral Bricks
PO Box 1957
Augusta, GA 30901

Harbison Construction, Inc.
c/o Thomas Duck, Esq.
Two Perimeter Park S., Ste 445E
Birmingham, AL 35243

Joseph A. Fawal, Esq.
1330 21st Way S., Ste 200
Birmingham, AL 35205

Boral Bricks
c/o Stephen J. Shaw, Esq.
PO Box 14037
Huntsville, AL 35804

Highpoint Office Center, LLC
c/o Zarzaur & Schwartz
PO Box 11366
Birmingham, AL 35202

Joseph H. Meade
c/o Barganier Law Group
2730 Ensley S Points W. Ave
Birmingham, AL 35218

Cach, LLC
4340 S. Monaco St.
2nd Floor
Denver, CO 80237

Iberia Bank
c/o Mike Hale, Sheriff
2200 8th Avenue North
Birmingham, AL 35203

JT Construction
207 Green Park South
Pelham, AL 35124

Cach, LLC
c/o P. Scott Lowery, P.C.
5680 Greenwood Plaza Blvd., Ste 500
Englewood, CO 80111

Inline Electric Supply
PO Box 7267
Huntsville, AL 35807

Lake Martin Dock, Inc.
c/o Jeffrey J. Courtney, Esq.
PO Box 100
Wetumpka, AL 36092

Cary Insulation Company, Inc.
c/o Frank Tomlinson, Esq.
2100 1st Ave N., Ste 600
Birmingham, AL 35203

Innovative Surfaces
PO Box 660199
Birmingham, AL 35266

Leonard Math, Esq.
P.O. Box 230759
Montgomery, AL 36123

Central Alabama Storm Shelter
c/o Balch & Bingham
PO Box 306
Birmingham, AL 35201

Innovative Surfaces
31 Monroe Dr.
Pelham, AL 35124

M&R Group
306 Hillsboro
Helena, AL 35080

Credit Collection Services
PO Box 9134
Needham Heights, MA 02494

Jenkins Brick & Tile Company
2299 Pelham Pkwy.
Pelham, AL 35124

Marjam Supply of Alabama, LLC
885 Conklin St.
Farmingdale, NY 11735

Marjam Supply of Alabama, LLC
c/o John R. Frawley, Esq.
PO Box 101493
Birmingham, AL 35210

Painting Solutions, LLC
c/o Alan Eric Johnston, Esq.
1200 Corporate Dr., Ste 107
Birmingham, AL 35242

Painting Solutions, LLC
c/o Zarzaur & Schwartz
PO Box 11366
Birmingham, AL 35202

Paychex, Inc.
c/o Brian Cloud, Esq.
201 Beacon Pkwy. W., Ste 400
Birmingham, AL 35209

Precision Guttering, LLC
c/o Laurie L. Daley, Esq.
PO Box 361345
Birmingham, AL 35236

ProBuild Company, LLC
c/o Morris & Brumlow
137 Main St., Ste 202
Trussville, AL 35173

Probuild Company, LLC
c/o Alford Bolin, LLC
224 Dauphin St.
Mobile, AL 36602

Ready Mix USA
2750 Ruffner Rd.
Birmingham, AL 35210

Regions Bank
c/o Zarzaur & Schwartz
PO Box 11366
Birmingham, AL 35202

Richard G. Moxley, III, Esq.
P.O. Box 4953
Montgomery, AL 36103

Robert Estock
c/o Harry A. Edge, III, Esq.
2021 Morris Ave., Ste 300
Birmingham, AL 35203

Servis First Bank
c/o James G. Henderson, Esq.
505 20th Street N., Ste 1210
Birmingham, AL 35203

Southern Overhead Door Company
c/o Rodney Nolen, Esq.
PO Box 55727
Birmingham, AL 35255

Southern Overhead Door Company
c/o Sirote & Permutt
2311 Highland Avenue S.
Birmingham, AL 35205

Sphere Home Technologies
1608 13th Ave. S.
Birmingham, AL 35205

Sphere Home Technologies
c/o Vic Hayslip, Esq., Burr & Forman
420 N. 20th Street
Birmingham, AL 35203

The Mantel Shoppe
c/o Ronald F. Thompson, Esq.
PO Box 19066
Birmingham, AL 35219

The Mantel Shoppe
c/o Saturn Systems, Inc.
633 Rustlers Rd.
Bailey, CO 80421

Timothy M. Nelson
c/o David W. Langston, Esq.
PO Box 2688
Decatur, AL 35602

U.S. Attorney
Northern District of Alabama
1801 4th Avenue N.
Birmingham, AL 35203

US Bank
c/o Morris, Schneider, Wittstadt, LL
1 Independence Plaza, Ste 416
Birmingham, AL 35209

Webb Concrete & Building Materia
c/o Baker, Donaldson
420 20th Street N., Ste 1400
Birmingham, AL 35203

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Jeffrey Michael Rusert**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Alabama

Case number
(if known)
</td></tr>
</table>

<table>
<tr><td>

**Check one box only as directed in this form and in Form 22A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse
applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing
</td></tr>
</table>

## Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources,** derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |
| | Gross receipts (before all deductions)    $ _____ | | |
| | Ordinary and necessary operating expenses    -$ _____ | | |
| | Net monthly income from a business, profession, or farm $ _____   Copy here -> $ _____ | | $ _____ |
| 6. | **Net income from rental and other real property** | | |
| | Gross receipts (before all deductions)    $ _____ | | |
| | Ordinary and necessary operating expenses    -$ _____ | | |
| | Net monthly income from rental or other real property $ _____   Copy here -> $ _____ | | $ _____ |
| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

Case 15-00412-TBB7    Doc 1-1    Filed 02/04/15    Entered 02/04/15 14:20:33    Desc
Exhibit 2    Page 28 of 31

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you $ _____ | | |
| For your spouse $ _____ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ | $ _____ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c. | | |
| 10a. _____ | $ _____ | $ _____ |
| 10b. _____ | $ _____ | $ _____ |
| 10c. Total amounts from separate pages, if any. | + $ _____ | $ _____ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ _____  + | $ _____  =  $ _____<br>Total current monthly income |

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11        **Copy line 11 here=>**   12a. $ _____

      Multiply by 12 (the number of months in a year)                    **x 12**

12b. The result is your annual income for this part of the form      12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

   Fill in the state in which you live.     [_____]

   Fill in the number of people in your household.     [_____]

   Fill in the median family income for your state and size of household.     13. $ _____

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Jeffrey Michael Rusert _____

   **Jeffrey Michael Rusert**
   Signature of Debtor 1

Date   **February 4, 2015** _____
     MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1    **Jeffrey Michael Rusert**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Alabama

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 22A - 1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1:**    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes. Go to Part 2.

**Part 2:**    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?
   ☐ No.   Go to line 3.
   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
       10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
       ☐ No.     Go to line 3.
       ☐ Yes.   Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**
   ☐ No.    Complete Form 22A-1. Do not submit this supplement.
   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).
       ☐ No.     Complete Form 22A-1. Do not submit this supplement.
       ☐ Yes.   Check any one of the following categories that applies:

         ☐   **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐   **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on ,which is fewer than 540 days before I file this bankruptcy case.

         ☐   **I am performing a homeland defense activity for at least 90 days.**

         ☐   **I performed a homeland defense activity for at least 90 days,** ending on ,which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Jeffrey Michael Rusert**              Case No. _____

                       Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................ $   **$250/hr.**

   Prior to the filing of this statement I have received ................................. $   **$1,500.00**

   Balance Due ............................................................................................. $   **N/A**

2. $ **335.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Fees are being bill hourly at the rate of $250.00.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    _2/4/15_                                                          

                                         **Frederick M. Garfield ASB-6003-R75F**
                                         **Spain & Gillon, LLC**
                                         **The Zinszer Building**
                                         **2117 Second Avenue North**
                                         **Birmingham, AL 35203-3753**
                                         **(205) 328-4100  Fax: (205) 324-8866**